# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIANE KIMMEL,** : | No. 3:13cv2229 |
| Plaintiff : | |
| : | (Judge Munley) |
| v. : | |
| : | |
| **ZBIGNIEW PONTIAKOWSKI** and : | |
| **SCHNEIDER NATIONAL CARRIERS, INC.,** : | |
| Defendants : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 26th day of June 2014, defendants' motion for summary judgment (Doc. 30) is **DENIED without prejudice** to defendants filing a motion for an extension of time pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) within fourteen (14) days.  Defendants' motion for an extension of time must address excusable neglect.  Pioneer Inv. Servs. Co. v. Brunswick Assocs., 507 U.S. 380, 395 (1993); Drippe v. Tobelinski, 604 F.3d 778, 784-85 (3d Cir. 2010).

                                        **BY THE COURT:**

                                        **s/ James M. Munley**
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**