**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DIANE KIMMEL,** | : | **No. 3:13cv2229** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **ZBIGNIEW PONTIAKOWSKI and** | : | |
| **SCHNEIDER NATIONAL CARRIERS, INC.,** | : | |
| **Defendants** | : | |
| | : | |

## ORDER

**AND NOW**, to wit, this 12th day of August 2014, defendants' motion for an extension of time to file a motion for summary judgment (Doc. 42) is **GRANTED**. Defendant are directed to re-file their summary judgment motion within fourteen (14) days. It is further ordered that the pre-trial conference scheduled for September 17, 2014 (Doc. 46) is hereby **CANCELLED**.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**