# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIANE KIMMEL,** | : | No. 3:13cv2229 |
| Plaintiff | : | |
| | : | **(Judge Munley)** |
| v. | : | |
| | : | |
| **ZBIGNIEW PONTIAKOWSKI** and | : | |
| **SCHNEIDER NATIONAL CARRIERS, INC.,** | : | |
| Defendants | : | |
| | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## **ORDER**

**AND NOW**, to wit, this 16th day of October 2014, defendants'

motion for summary judgment (Doc. 49) is hereby **DENIED**.

 

**BY THE COURT:**


**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**